IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:01CR3048 |
| | ) | |
| v. | ) | |
| | ) | |
| SCHUYLER TAFOYA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for extension of denial of § 2255 motion (Filing No. 99). The Court has reviewed this file and finds said motion should be denied. Accordingly,

IT IS ORDERED the defendant's motion for extension of denial of § 2255 is denied.

DATED this 6th day of September, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court