IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )      4:01CR3048
                             )
       v.                    )
                             )
SCHUYLER TAFOYA,             )      ORDER AND JUDGMENT
                             )
            Defendant.       )
_____)
```

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED that defendant's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence (Filing No. 104) is denied without prejudice.

DATED this 21st day of December, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court