IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:01CR3048 |
| | ) | |
| v. | ) | |
| | ) | |
| SCHUYLER TAFOYA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for extension of time to make an application to submit a memorandum for excusable neglect (Filing No. 116), filed on March 24, 2006. In reviewing the docket sheet for this case, the Court notes that defendant's notice of appeal was forwarded to the United States Court of Appeals on March 9, 2006, and this action is now presently pending in the United States Court of Appeals for the Eighth Circuit. Under these circumstances, the Court finds that defendant's motion should be denied. Accordingly,

IT IS ORDERED the defendant's motion for extension of time to make an application to submit a memorandum for excusable neglect is denied.

DATED this 1st day of May, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court