IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:01CR3048 |
| V. | ) | |
| SCHUYLER JAMISON TAFOYA, | ) | ORDER |
| Defendant. | ) | |

The petitioner has filed a complaint against United States District Judge Lyle Strom, the assigned judge in this case. The petitioner asks me, as chief judge of this court, to conduct a "thorough review of all documents in the defendant's criminal cases . . . before filing in the Eighth Circuit court of appeals in an effort to give this Honorable Court the opportunity to correct the wrongful actions committed against the defendant." Filing No. 118, Judicial Misconduct Complaint at 4.

This court has no jurisdiction to review the case documents or to conduct an investigation into the defendant's allegations. Therefore, pursuant to 28 U.S.C. § 372(c), the petitioner's must file any judicial misconduct complaint with the circuit court of appeals.

IT IS THEREFORE ORDERED:

1. The complaint, Filing No. 118, is dismissed without prejudice to its refiling in the Eighth Circuit Court of Appeals.

2. The clerk is directed to attach to and serve with this order Rules 1 and 2 governing judicial misconduct complaints.

DATED this 25th day of September, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief United States District Judge