IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:01CR3048 |
| | ) | |
| v. | ) | |
| | ) | |
| SCHUYLER JAMISON TAFOYA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion to dismiss (Filing No. 179) the petition for warrant or summons for offender under supervision (Filing No. 163). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted. The petition for warrant or summons for offender under supervision is dismissed and the warrant is cancelled.

DATED this 26th day of April, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court